# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC., | |
| Plaintiff, | |
| v. | Case No.: 3:16-cv-00069-MEM |
| PLY GEM INDUSTRIES, INC., MASTIC HOME EXTERIORS, INC. d/b/a MASTIC HOME EXTERIORS BY PLY GEM, NAPCO, INC. d/b/a NAPCO BY PLY GEM, and VARIFORM, INC. d/b/a PLY GEM SIDING GROUP and/or d/b/a VARIFORM BY PLY GEM, | Honorable Malachy E. Mannion<br><br>Jury Trial Demanded |
| Defendants. | |

## JOINT MOTION TO DISMISS

Plaintiff Arlington Industries, Inc. and Defendants Ply Gem Industries, Inc., Mastic Home Exteriors, Inc. d/b/a Mastic Home Exteriors by Ply Gem, Napco, Inc. d/b/a Napco by Ply Gem, and Variform, Inc. d/b/a Ply Gem Siding Group and/or d/b/a Variform by Ply Gem (collectively "the Parties") jointly move this Court to dismiss all claims and counterclaims raised in this action.

WHEREAS, the Parties have reached a final Settlement Agreement and Release in this action;

WHEREAS, the Parties have agreed to jointly dismiss all claims, counterclaims and affirmative defenses with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release, with each party bearing its own costs and attorneys' fees.

The Parties respectfully request that the Court issue the Order of Dismissal attached to this joint motion to dismiss.

Dated: October 25, 2016

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| By: /s/ *Kathryn L. Clune* <br> Kathryn L. Clune (*pro hac vice*) <br> Ali Tehrani (*pro hac vice*) <br> Crowell & Moring LLP <br> 1001 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2595 <br> Telephone: (202) 624-2500 <br> Fax: (202) 628-5116 <br> kclune@crowell.com <br> atehrani@crowell.com | By: */s/ Robert C. Van Arnam* <br> Robert C. Van Arnam <br> Andrew R. Shores <br> Williams Mullen, P.C. <br> P.O. Drawer 1000 <br> Raleigh, NC 27602-1000 <br> Telephone: (919) 981-4000 <br> Fax: (919) 981-4300 <br> rvanarnam@williamsmullen.com <br> ashores@williamsmullen.com |
| Jacob Z. Zambrzycki (*pro hac vice*) <br> Crowell & Moring LLP <br> 590 Madison Avenue, 20th Floor <br> New York, NY 10022 <br> Telephone: (212) 223-4000 <br> Fax: (212) 223-4134 <br> jzambrzycki@crowell.com | Joshua B. Brady <br> Williams Mullen, P.C. <br> 8300 Greensboro Drive, Suite 1100 <br> Tysons Corner, VA 22102 <br> Telephone: (703) 760-5249 <br> Fax: (703) 748-0244 <br> jbrady@williamsmullen.com |

Robert J. Tribeck (PA ID No. 74486)
Amanda J. Lavis (PA ID No. 308956)
Rhoads & Sinon LLP
One South Market Square
Harrisburg, PA 17108-1146
Telephone: (717) 862-4534
Fax: (717) 238-8623
rtribeck@rhoads-sinon.com
alavis@rhoads-sinon.com

*Attorneys for Plaintiff*
*Arlington Industries, Inc.*

Timothy P. Polishan
Kelley, Polishan & Solfanelli, LLC
259 South Keyser Avenue
Old Forge, PA 18518
Telephone: (570) 562-4520
Fax: (570) 562-4531
tpolishan@kpwslaw.com

*Attorneys for Defendants Ply Gem*
*Industries, Inc., Mastic Home Exteriors,*
*Inc., and Variform, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2016, a true and correct copy of the foregoing document was served via the Court's CM/ECF system and by e-mail to:

>Timothy P. Polishan
>Kelley, Polishan & Solfanelli, LLC
>259 South Keyser Avenue
>Old Forge, PA 18518
>Telephone: (570) 562-4520
>Fax: (570) 562-4531
>tpolishan@kpwslaw.com
>
>Robert C. Van Arnam
>Andrew R. Shores
>Williams Mullen, P.C.
>P.O. Drawer 1000
>Raleigh, NC 27602-1000
>Telephone: (919) 981-4000
>Fax: (919) 981-4300
>rvanarnam@williamsmullen.com
>ashores@williamsmullen.com
>
>Joshua B. Brady
>Williams Mullen, P.C.
>8300 Greensboro Drive, Suite 1100
>Tysons Corner, VA 22102
>Telephone: (703) 760-5249
>Fax: (703) 748-0244
>jbrady@williamsmullen.com
>
>*Attorneys for Defendants Ply Gem Industries, Inc., Mastic Home Exteriors, Inc., and Variform, Inc.*

>>*/s/ April Marconi*
>>April Marconi